IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

FILED
98 AUG 19 AM 10: 31
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| VINCENT MACON, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CV 97-P-1343-S |
| MRS. J. GRAY, et al., | ) | |
| Defendants. | ) | |

ENTERED
AUG 19 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 29, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief can be granted. Plaintiff filed objections to the report and recommendation on August 4, 1998.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 18th day of August, 1998.

SAM C. POINTER, JR.
CHIEF DISTRICT JUDGE